# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William Taylor,<br>*Plaintiff*<br>v.<br>Sergeant Pinkney; K. Sligh, Lieutenant; Captain Bufford,<br>*Defendants* | )<br>)<br>) Civil Action No. 6:17-cv-02771-BHH<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, William Taylor, shall take nothing of the defendants, Sergeant Pinkney, K. Sligh, and Captain Bufford, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed for lack of pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce H. Hendricks, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended the dismissal of this action.

Date: August 24, 2018                               *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/A. Buckingham
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*